AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Michigan

| | |
|---|---|
| United States of America<br>v.<br><br>JOSHUA BRERETON<br><br>*Defendant(s)* | Case No.<br>1:22-MJ-336 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of __July 31, 2022__ in the county of __Kalamazoo__ in the __Western__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 844 (f)(1) | Arson of an Institution or Organization Receiving Federal Funding |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

The Court processed the complaint remotely. The Court verified the Affiant's identity (by AUSA confirmation and through Affiant self-identification). Affiant attested to the affidavit and complaint via telephone, which the AUSA transmitted by remote electronic means (e-mail). The Court signed the original complaint and transmitted a correct copy of same to the Applicant, via the AUSA, by remote electronic means (e-mail). The process complied with Rules 3 and 4.1.

_Complainant's signature_

SA Ryan Young, ATF
_Printed name and title_

Date: 8/4/2022

_Judge's signature_

City and state: Grand Rapids, Michigan

Ray Kent, U.S. Magistrate Judge
_Printed name and title_