UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JOSHUA BRERETON,

        **INDICTMENT**

        Defendant.
_____/

The Grand Jury charges:

### COUNT 1
(Arson)

On or about July 31, 2022, in Kalamazoo County, in the Southern Division of the Western District of Michigan, the defendant,

**JOSHUA BRERETON,**

maliciously damaged and destroyed, and attempted to damage and destroy, by means of fire, a building used in interstate commerce and engaged in activity affecting interstate commerce, that is, the Planned Parenthood facility located at 4201 W. Michigan Avenue in Kalamazoo, Michigan.

18 U.S.C. § 844(i)

## COUNT 2
(Damaging Property Providing Reproductive Health Services)

On or about July 31, 2022, in Kalamazoo County, in the Southern Division of the Western District of Michigan, the defendant,

**JOSHUA BRERETON,**

intentionally damaged and destroyed, and attempted to damage and destroy, the property of a facility, the Planned Parenthood facility located at 4201 W. Michigan Avenue in Kalamazoo, Michigan, because the facility provided reproductive health services.

18 U.S.C. § 248(a)(3)
18 U.S.C. § 248(b)(1)

A TRUE BILL

_____
GRAND JURY FOREPERSON

MARK A. TOTTEN
United States Attorney

_____
STEPHANIE M. CAROWAN
Assistant United States Attorney