UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                        Case No. 1:22–cr–123

   v.                                  Hon. Paul L. Maloney

JOSHUA BRERETON,

       Defendant.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):  Change of Plea Hearing
Date/Time:  October 12, 2022   04:00 PM
Magistrate Judge:  Ray Kent
Place/Location:  584 Federal Building, Grand Rapids, MI


                                                  RAY KENT
                                                  U.S. Magistrate Judge

Dated:  October 11, 2022        By:   /s/ Faith Hunter Webb_____
                                                          Judicial Assistant